[No. 3148–9–III.   Division Three.   May 13, 1980.]

*In the Matter of the Welfare of*
MONICA TAYLOR.

BARBARA TAYLOR, *Appellant,* v. THE DEPARTMENT
OF SOCIAL AND HEALTH SERVICES,
*Respondent.*

Appeal from a judgment of the Superior Court for
Spokane County, No. J–23231, George T. Shields, J.,
entered October 6, 1978. *Affirmed* by unpublished opinion
per Munson, J., concurred in by Green, C.J., and McInturff,
J.

[No. 3295–7–III.   Division Three.   May 13, 1980.]

THE STATE OF WASHINGTON, *Respondent,* v. GARLAND
A. YORK, *Appellant.*

Appeal from a judgment of the Superior Court for
Chelan County, No. 5374, Charles W. Cone, J., entered
February 20, 1979. *Affirmed* by unpublished opinion per
Munson, J., concurred in by McInturff, A.C.J., and Roe, J.

[No. 3027–0–III.   Division Three.   May 13, 1980.]

THE STATE OF WASHINGTON, *Respondent,* v. GARY
CHARLES ISAACS, *Appellant.*

Appeal from a judgment of the Superior Court for
Yakima County, No. 78–1–00315–5, Walter A. Stauffacher,
J., entered August 2, 1978. *Affirmed* by unpublished opin-
ion per Roe, J., concurred in by McInturff, A.C.J., and
Munson, J.